IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America        )
                                )
        vs.                     )       Criminal Number 00-102
                                )
    James Sumler                )

The above named defendant satisfied the judgment of July 27, 2001 by paying on September 6, 2005 the full balance due on his/her court ordered:

        __X__ Assessment
        _____ Fine
        _____ Costs
        _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  10/26/05
Deputy Clerk                      Date