IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 00-102 |
| | ) |
| JAMES D. SUMLER, a/k/a | ) |
| Chew, a/k/a Smoke | ) |

**ORDER**

AND NOW, to wit, this **1st** day of **Nov.**, 2006, the Court having considered the government's Motion to Destroy Firearms and Ammunition, and the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED, that Special Agents of the Drug Enforcement Administration shall forthwith destroy the following item:

>One Ruger P-90 .45 caliber handgun, Serial Number 66140976

*William L. Standish*

UNITED STATES DISTRICT JUDGE